IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| JILLIAN LESKO, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | 2023-1823 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 47.3 of the Federal Circuit Rules, defendant-appellee, the

United States, respectfully provides this notice of the withdrawal of principal

counsel, Kelly Geddes, from the above-captioned matter.  Undersigned counsel

will enter her appearance and replace Ms. Geddes as defendant-appellee's principal

counsel contemporaneously with the filing of this notice.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ Rebecca S. Kruser
REBECCA S. KRUSER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 307-1438
rebecca.s.kruser@usdoj.gov

January 24, 2025                    Attorneys for Defendant-Appellee